UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL KALTHOFF, KATHERINE KALTHOFF, EVIE VIERA, DAVID ISENBERG, JIM THULIN, SEAN WARD, ZORKA AGUILAR, WORLD CLASS PROPERTY MANAGEMENT, INC., a Nevada Corporation, and JETCO INDUSTRIES, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No. 3:21-cv-00293<br><br>**ORDER TO VACATE BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION** |

Plaintiffs Robert Michael Kalthoff, Katherine Kalthoff, Evie Viera, David Isenberg, Jim Thulin, Sean Ward, Zorka Aguilar, World Class Property Management, Inc., and Jetco Industries (collectively, the "VHR Parties"), and Defendant Douglas County, hereby submit this stipulation and proposed order.

A hearing was held on a Motion for Temporary Restraining Order and Preliminary Injunction on July 14, 2021. The Court granted in part and denied in part the Temporary

Restraining Order and set a briefing schedule for blind briefs to be submitted on August 3, 2021, and set a hearing on the Preliminary Injunction for August 26, 2021.

The Parties have engaged in settlement negotiations in order to present an amended Ordinance to the Douglas County Commissioners for consideration. The first reading of that amendment could occur on August 5, 2021, and would next be presented to the Douglas County Planning Commission on August 10, 2021. A duly noticed public hearing to consider the proposed amendments would likely be held on September 2, 2021, at which time the County Commissioners will act on the proposed amendments after taking public comment and hearing the evidence presented. If, after the public hearing and the action of the Board of County Commissioners, there are unresolved issues with the amended Ordinance, the Parties will submit blind briefs to the Court by September 17, 2021, and will set a hearing on the Preliminary injunction within three weeks at a date which is convenient for the Court. In the interim the Temporary Restraining Order issued by this Court on July 15 2021 will remain in effect until a ruling is made on a Preliminary Injunction.

Plaintiffs with valid VHR permits as of June 3, 2021, will be able to continue to utilize their existing VHR permits until it is time for the permit's renewal at which time the VHR permits will be subject to the applicable VHR tier requirements and conditions in Douglas County Code Chapter 20.622 as modified by the Court's July 15, 2021, Order (ECF No. 14). In the case of Plaintiffs who will apply to become Tier 3 VHR permit holders, they will have 180 days from the date of their VHR permit renewal application to obtain a special use permit subject to adjustments for occupancy based on the number of bedrooms at the time of renewal (two occupants per bedroom). If any Plaintiff believes their VHR Permit was improperly processed or denied from July 15, 2021, through October 1, 2021, then they may challenge the denial or modification of the VHR permit renewal conditions with this Honorable Court. Nothing in this

Stipulation waives any arguments by the VHR Plaintiffs that certain provisions of the new ordinance, as potentially amended in the future, are illegal or unconstitutional.

Therefore, the VHR Parties and Defendant Douglas County hereby jointly and respectfully request that the blind briefs currently due on August 2, 2021, under the Court's order of July 15, 2021 (ECF No. 14), will now be due on September 17, 2021, and that the Preliminary Injunction Hearing set for August 26, 2021, be vacated and rescheduled at a convenient time for the Court in October 2021.

Dated this 29th day of July, 2021.                                    Dated this 29th day of July, 2021.

DOUGLAS COUNTY                                                           KAEMPFER CROWELL

/s/*Douglas V. Ritchie*                                                            _____
Mark B. Jackson                                                                       Richard G. Campbell
Douglas County District Attorney                                          50 West Liberty Street, Suite 700
Douglas V. Ritchie                                                                    Reno, NV  89501
Chief Civil Deputy D.A.                                                            Phone: (775) 852-3900
1038 Buckeye Road                                                                 Facsimile: (775) 327-2011
P.O. Box 218                                                                             rcampbell@kcnvlaw.com
Minden, NV  89423
Phone: (775) 893-9803
Facsimile: (775) 783-6490
mjackson@douglas.nv.gov
dritchie@douglas.nv.gov

**Attorney for Douglas County**                                            **Attorney for VHR Parties**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2021.