# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL KALTHOFF, KATHERINE KALTHOFF, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS COUNTY, a political subdivision of the State of Nevada, <br><br> Defendant. | Case No.: 3:21-CV-00293-RCJ-CLB <br><br> ORDER |

Before the Court are the parties blind post hearing briefs submitted to Court Chambers following the motion hearing on Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction. The Preliminary Injunction hearing is currently set for 10:00 A.M., Monday, November 15, 2021, in Reno Courtroom 3, before Judge Robert C. Jones.

Also before the Court is Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 22), Defendant's response (ECF No. 24) and the parties Stipulation and Proposed Order for Settlement Conference (ECF No. 25). Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation for Settlement Conference (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 22) is **DEFERRED**.

**IT IS FURTHER ORDERED** that if the parties reach a settlement agreement prior to the preliminary injunction hearing set for Monday, November 15, 2021, upon notice to the Court the hearing shall **VACATE**.

**IT IS SO ORDERED**.

DATED:   This 14th day of October, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE