# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL KALTHOFF, et al., | |
| Plaintiffs, | Case No. 3:21-cv-00293-RCJ-CLB |
| vs. | **AMENDED ORDER** |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada, | |
| Defendant. | |

On November 29, 2021, this Court held a status conference in this case. The parties apprised the Court of a tentative agreement between the parties regarding likely settlement. The parties have agreed to hold the preliminary injunction on Monday, January 31, 2022, while they attempt to finalize a settlement agreement. If the negotiations fail to result in a settlement, the Court would entertain a motion by the parties to expedite the hearing. They further agree that, in the meantime, the temporary restraining order should be lifted.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the preliminary injunction hearing is set for January 31, 2022 at 10:00 AM.

IT IS FURTHER ORDERED that the Court's Temporary Restraining Order (ECF No. 12) is lifted.

IT IS SO ORDERED.

Dated December 2, 2021.

_____
ROBERT C. JONES
United States District Judge