UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL KALTHOFF, KATHERINE KALTHOFF, EVIE VIERA, DAVID ISENBERG, JIM THULIN, SEAN WARD, ZORKA AGUILAR, WORLD CLASS PROPERTY MANAGEMENT, INC., a Nevada Corporation, and JETCO INDUSTRIES, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No. 3:21-cv-00293<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Robert Michael Kalthoff, Katherine Kalthoff, Evie Viera, David Isenberg, Jim Thulin, Sean Ward, Zorka Aguilar, World Class Property Management, Inc., and Jetco Industries (collectively, the "VHR Parties"), and Defendant Douglas County, having entered a settlement agreement and resolving all matters raised by Plaintiffs, they hereby jointly stipulate under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated this 11th day of March, 2022.

DOUGLAS COUNTY

Douglas V. Ritchie

Mark B. Jackson
Douglas County District Attorney
Douglas V. Ritchie
Chief Civil Deputy D.A.
1038 Buckeye Road
P.O. Box 218
Minden, NV 89423
Phone: (775) 893-9803
Facsimile: (775) 783-6490
mjackson@douglas.nv.gov
dritchie@douglas.nv.gov

**Attorney for Douglas County**

Dated this 11th day of March, 2022.

KAEMPFER CROWELL

Richard G. Campbell
50 West Liberty Street, Suite 700
Reno, NV 89501
Phone: (775) 852-3900
Facsimile: (775) 327-2011
rcampbell@kcnvlaw.com

**Attorney for VHR Parties**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: ___March 22, 2022.___